# PETITION UNDER 28 U.S.C §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 AUG 17 P 3:13

PEDRO J. ROSARIO, Defendant

v.

STATE OF MAINE, Plaintiff

STATE OF MAINE, Aroostook, ss.
Docket No. AROCD-CR-19-30895
Law Court No. ARO-21-291

## APPELLANT'S APPENDIX

Defendant

Pedro J. Rosario
Maine State Prison
807 Cushing Road
Warren, ME 04864-4600

State of Maine

A.G. Aaron M. Frey, ESQ.
Offices of the Attorney General
6 State House Station
Augusta, ME 04333-0006

# TABLE OF CONTENTS


| | | Page# |
|---|---|---|
| EXHIBIT 1 | AROCD-CR-19-30895 Trial excerpts (6/1/2021) | 3 |
| EXHIBIT 2 | Special Agent William L. Campbell report (3/9/2020) | 10 |
| EXHIBIT 3 | State v. Pedro J. Rosario, Aro-21-291 appeal<br>• Brief of Appellant extracts (no date, 4 pages)<br>• 2022 ME 46 Law Court ruling (8/25/2022, 12 pages) | 17 |
| EXHIBIT 4 | Pedro J. Rosario re Napue & Giglio issues at trial | 33 |
| EXHIBIT 5 | New trial denied, Aro-23-450 (7/25/2024, 11 pages) | 35 |
| EXHIBIT 6 | Post-Conviction Review issues (15 pages) | 46 |
| EXHIBIT 7 | Post-Conviction Review AROCD-CR-2023-30489<br>• Letter to attorney King (6/30/2024, 6 pages)<br>• Letter to Superior Court (10/31/2024, 1 page)<br>• Motion To Continue (2/12/2025, 7 pages)<br>• Notices of Evidentiary Hearing (3/3/2025, 3 pages)<br>• Attorney King re transcript for 6/24/2025 hearing (1 page)<br>• Hearing transcript (6/24/2025; 65 pages) | 61 |
| EXHIBIT 8 | Aro-25-462, ORDER DENYING CERTIFICATE (3/19/2026, 1 page) | 146 |